

**Fighting For Employee Rights for Over 30 Years**

| | | | | |
|---|---|---|---|---|
| 1525 Locust Street | 9th Floor | Philadelphia, PA 19102 | 215-545-7676 | www.ConsoleLaw.com |
| 110 Marter Avenue | Suite 502 | Moorestown, NJ 08057 | 856-854-4000 | |
| 5 Penn Plaza | 23rd Floor | New York, NY 10001 | 917-985-7761 | |
| 744 W Lancaster Ave. | Suite 220 | Wayne, PA 19087 | 610-596-9796 | |

HOLLY W. SMITH, ESQUIRE
hollysmith@consolelaw.com

April 8, 2024

*<u>Via ECF</u>*
The Honorable Juan R. Sánchez
United States Courthouse
601 Market Street
Philadelphia, PA 19106

Re: **Kimberly Epley v. Comcast Cable Communications Management, LLC, et al.**
**Civil Action No.: 21-00155-JS**

Dear Judge Sánchez:

I represent the Plaintiff, Kimberly Epley, in the above-referenced matter. Pursuant to the Court's April 5, 2024 Order [Dkt. Ent. 15], I write on behalf of both parties to advise Your Honor of the status of the arbitration proceedings.

Judge Thomas Reuter (Ret. U.S.M.J.) is serving as the arbitrator in this matter. Fact and expert discovery concluded on January 19, 2024 and the arbitration hearing is set to occur on October 21-24, 2024.

The parties apologize for failing to provide a status update to the Court as required by Your Honor's October 19, 2023 Order. It was the result of an oversight on behalf of counsel. The parties will comply with the Court's directive to provide periodic status updates and will file a joint status update on or before June 19, 2024.

Thank you for your continued time and attention to this matter.

Respectfully submitted,

*/s/ Holly W. Smith*

HOLLY W. SMITH

HWS:omw